IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL MORAIN,

    Plaintiff,

v.                                                                                             No. 14-cv-1093 SCY/SMV

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF BERNALILLO,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     September 29, 2015, 1:30 p.m.

**Matter to be heard**:  Possibility of rescheduling date of settlement conference

    A telephonic status conference is hereby set for **September 29, 2015, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.