IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MORAIN,**

    Plaintiff,

v.                                                      No. 14-cv-1093 KG/SMV

**BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF BERNALILLO,**

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a hearing held before the Court on November 16, 2015.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **December 17, 2015**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**